Clark v City of Buffalo (2024 NY Slip Op 03304)

Clark v City of Buffalo

2024 NY Slip Op 03304

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

506 CA 23-01404

[*1]CARL G. CLARK AND CATHERINE CLARK, PLAINTIFFS-APPELLANTS,
v
CITY OF BUFFALO AND DEPARTMENT OF PUBLIC WORKS, PARKS AND STREETS, DEFENDANTS-RESPONDENTS. 

JEFFREY E. MARION, WILLIAMSVILLE, FOR PLAINTIFFS-APPELLANTS. 
CAVETTE A. CHAMBERS, CORPORATION COUNSEL, BUFFALO (ROBERT E. QUINN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered July 13, 2023. The order, inter alia, granted the cross-motion of defendants for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court